# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANTWAIN JOSHUA-STEWART,

      Plaintiff,

v.                                         Case No. 24-CV-1252

ANDREW BOERST, et al.,

      Defendants.

## ORDER OF DISMISSAL

In the court's order dated September 2, 2025, the plaintiff, Antwain Joshua-Stewart, was directed to submit a letter within fourteen days advising the court "whether he wishes to proceed with this case and if so, whether he plans to retain successor counsel or represent himself." (ECF No. 50, at 3.) The order was explicit that failure to submit the letter would result in dismissal of the action for failure to prosecute. Fourteen days have long expired.

**IT IS THEREFORE ORDERED** that the case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b); Civ. L.R. 41(c).

Dated at Green Bay, Wisconsin this 26th day of September, 2025.

                                                  *s/ Byron B. Conway*
                                                  BYRON B. CONWAY
                                                  United States District Judge